IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIKA FRANKLIN, individually and
as closest and next of kin to minor child,
Ryan Franklin                                                                                      PLAINTIFF

v.                                            No. 4:10-cv-1188-DPM

SIDONYA KELLY                                                                                DEFENDANT

## ORDER

Nothing has happened in this case since a 11 January 2011 joint Rule 26(f) report. Deadlines have come and gone; the 5 December 2011 trial setting is approaching; and the Court is wondering whether the parties have either settled or abandoned the matter. The parties must file a joint status report by October 28th and show cause why the Court should not dismiss the case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2011