IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIKA FRANKLIN, individually
and as closest and next of kin to
minor child, RYAN FRANKLIN                                                  PLAINTIFF

v.                          No. 4:10-cv-1188-DPM

SIDONYA KELLY                                                               DEFENDANT

## ORDER

Franklin's motion for voluntary dismissal, *Document No. 14*, is granted. FED. R. CIV. P. 41(a)(2). Franklin's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 Oct. 2011