IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIKA FRANKLIN, individually
and as closest and next of kin to
minor child, RYAN FRANKLIN                                    PLAINTIFF

v.                       No. 4:10-cv-1188-DPM

SIDONYA KELLY                                                  DEFENDANT

JUDGMENT

Franklin's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

31 Oct. 2011