IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIKA FRANKLIN, individually
and as closest and next of kin to
minor child, RYAN FRANKLIN                              PLAINTIFF

v.                         No. 4:10–cv–1188–DPM

SIDONYA KELLY                                            DEFENDANT

## JUDGMENT

Franklin's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

31 Oct. 2011